UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OCTOBER 2, 2014
DATE OF PROCEEDINGS

OFFICE:  CAMDEN
JUDGE NOEL L. HILLMAN

COURT REPORTER: Robert Tate                    Docket #   CR.  12-303 (NLH)

TITLE OF CASE:
UNITED STATES OF AMERICA
            v.
IAN RESNICK-03,
GENEVIEVE MANZONI-10.
       DEFENDANTS PRESENT

APPEARANCES:
R. David Walk, AUSA for Government.
Michael E. Riley, Esq. for Deft. Ian Resnick- present.
Robert L. Tarver, Jr. for Deft. Genevieve Manzoni-present.

NATURE OF PROCEEDINGS:        MOTION HEARING

Hearing on motion filed by counsel for dft. Resnick [345] Motion for New Trial;
Hearing on motion filed by counsel for dft. Manzoni [343] Motion for New Trial;
Decision reserved.
Opinion and Order to be entered.
Ordered defendant Ian Resnick remanded to the custody of the U.S. Marshal.


Time commenced: 11:53 a.m. Time Adjourned: 12:30 p.m. Total Time: 37 min.

                                    s/*Gladys Novoa*
                                    DEPUTY CLERK